IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHERYL BURTON, | § | |
| | § | No. 364, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N23C-05-220 |
| KYLE TORRANCE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 18, 2023
Decided: December 28, 2023

## ORDER

On November 6, 2023, the Chief Deputy Clerk issued a notice, by certified mail to the address provided by the appellant, directing the appellant to show cause why this appeal should not be dismissed for her failure to pay the Supreme Court filing fee or file an amended motion to proceed *in forma pauperis* by the November 2, 2023 deadline set by the Clerk's Office.[1]  On November 20, 2023, the notice to show cause was returned to the Court in an envelope marked "return to sender, attempted—not known, unable to forward."

---

[1] The appellant filed a motion to proceed *in forma pauperis* on September 29, 2023, but the motion was incomplete and was returned to the appellant with instructions to complete specific sections of the motion by October 17, 2023.  The appellant did not file an amended motion or otherwise respond to the Court.

On November 27, 2023, the Chief Deputy Clerk issued a notice, by certified mail to an address provided by the Prothonotary for the appellant, directing the appellant to show cause why this appeal should not be dismissed for her failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. On December 20, 2023, the notice to show cause was returned to the Court in an envelope marked "return to sender, attempted—not known, unable to forward." To date, the appellant has not provided a current mailing address to the Court, has not responded to the notice to show cause, and has not paid the filing fee or filed a complete motion to proceed *in forma pauperis*. Under these circumstances, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

2